**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Ontonagon Power Group, Inc. v. Mallard Leasing, LLC, et al | 08 C 4960 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff - Ontonagon Power Group, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Joel J. Sprayregen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Joel Sprayregen | |
| FIRM   Shefsky and Froelich, Ltd. | |
| STREET ADDRESS   111 E. Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP   Chicago, Illinois   60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  2694034 | TELEPHONE NUMBER  (312) 527-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL             APPOINTED COUNSEL | |