IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONTONAGON POWER GROUP, INC. a Michigan corporation,<br>　　　　Plaintiff,<br>v.<br><br>MALLARD LEASING, LLC, DOUGLAS BROWN, INDUSTRIAL COMMODITY RESOURCES, LLC and PATRICK KELLERMAN,<br>　　　　Defendants. | Case No. 08 C 4960<br><br>Judge James B. Moran<br><br>Magistrate Judge Susan E. Cox |

### NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

To:　Timothy D. Elliot
　　　Karen L. Blouin
　　　Rathje & Woodward, LLC
　　　300 East Roosevelt Road, Suite 300
　　　Wheaton, Illinois　60187-1908
　　　telliott@rathjewoodward.com
　　　kblouin@rathjewoodward.com

**PLEASE TAKE NOTICE** that on *Wednesday, September 3, 2008, at 9:00 a.m.* we shall appear before the Honorable Judge James B. Moran, Room 1843 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present *Plaintiff's Motion for a Preliminary Injunction,* a copy of which has previously been served upon you.

　　　　　　　　　　　　　　　　　　　ONTONAGON POWER GROUP, INC.

　　　　　　　　　　　　　　　　　　　By:　/s/ Roger J. Kiley
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Joel J. Sprayregen
Roger J. Kiley
Attorneys for OPG
SHEFSKY & FROELICH LTD.
111 E. Wacker Dr., Ste. 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-1007
Firm I.D. 29143

1095043_1_1