

FILED
SEP 3, 2008
SEP 3 - 2008
Judge James B. Moran
United States District Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ONTONAGON POWER GROUP, INC. a Michigan corporation,
Plaintiff,
v.

MALLARD LEASING, LLC, DOUGLAS BROWN, INDUSTRIAL COMMODITY RESOURCES, LLC and PATRICK KELLERMAN,
Defendants.

Case No. 08 C 4960

Judge James B. Moran

Magistrate Judge Susan E. Cox

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

To: Timothy D. Elliot
Karen L. Blouin
Rathje & Woodward, LLC
300 East Roosevelt Road, Suite 300
Wheaton, Illinois 60187-1908
telliott@rathjewoodward.com
kblouin@rathjewoodward.com

**PLEASE TAKE NOTICE** that on ***Wednesday, September 3, 2008, at 9:00 a.m.*** we shall appear before the Honorable Judge James B. Moran, Room 1843 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present ***Plaintiff's Motion for a Preliminary Injunction,*** a copy of which has previously been served upon you.

ONTONAGON POWER GROUP, INC.

By: /s/ Roger J. Kiley
One of Its Attorneys

Joel J. Sprayregen
Roger J. Kiley
Attorneys for OPG
SHEFSKY & FROELICH LTD.
111 E. Wacker Dr., Ste. 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-1007
Firm I.D. 29143
1095043_1_1