# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4960 | **DATE** | 9/3/2008 |
| **CASE TITLE** | ONTONAGON POWER GROUP, INC. Vs. MALLARD LEASING, LLC., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. OPG's Emergency Motion For Preliminary Injunction is entered and continued to September 9, 2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|